IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DE JESUS CANTU MARTINEZ, *et al*, | § § § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 1:18-CV-92 |
| | § § |
| NORMA LIMON, *et al*, | § § |
| Defendants. | § § |

## **ORDER**

The Court Orders that this case be reassigned to the Honorable Fernando Rodriguez, Jr., United States District Judge.

Signed this 24th day of July, 2018.

_____
Andrew S. Hanen
United States District Judge